```
 1  DANIEL G. BOGDEN
    United States Attorney
 2  CHRISTINA M. BROWN
    Assistant United States Attorney
 3  DISTRICT OF NEVADA
    333 Las Vegas Boulevard. South, Suite 5000
 4  Las Vegas, Nevada  89101
    Telephone: (702) 388-6336
 5
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00220-01-JCM-GWF |
|---|---|
| Plaintiff, | STIPULATION FOR PROTECTIVE ORDER |
| vs. | |
| WAYNE SONE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the parties, Daniel G. Bogden, United States Attorney for the District of Nevada, and Christina M. Brown, Assistant United States Attorney, counsel for the United States, Christopher R. Oram, counsel for defendant WAYNE SONE, that this Court issue an Order protecting from disclosure to the public any discovery documents containing the personal identifying information such as social security numbers, driver's license numbers, dates of birth, or addresses, of participants, witnesses and victims in this case. Such documents shall be referred to hereinafter as "Protected Documents." The parties state as follows:

 1. Protected Documents which will be used by the government in its case in chief include personal identifiers, including social security numbers, driver's license numbers, dates of

1  birth, and addresses, of participants, witnesses, and victims in this case.

2  2.  Discovery in this case is voluminous. Many of the documents include personal
3  identifiers. Redacting the personal identifiers of participants, witnesses, and victims would prevent
4  the timely disclosure of discovery to defendants.

5  3.  The United States agrees to provide Protected Documents without redacting the
6  personal identifiers of participants, witnesses, and victims.

7  4.  Access to Protected Documents will be restricted to persons authorized by the Court,
8  namely defendant, attorney(s) of record and attorneys' paralegals, investigators, experts, and
9  secretaries employed by the attorney(s) of record and performing on behalf of defendant.

10  5.  The following restrictions will be placed on defendant, defendant's attorney(s) and
11  the above-designated individuals unless and until further ordered by the Court. Defendants,
12  defendants' attorneys and the above-designated individuals shall not:

13  a.  make copies for, or allow copies of any kind to be made by any other person
14  of Protected Documents;

15  b.  allow any other person to read Protected Documents; and

16  c.  use Protected Documents for any other purpose other than preparing to defend
17  against the charges in the Superseding Indictment or any further superseding indictment arising out
18  of this case.

19  6.  Defendant's attorney(s) shall inform any person to whom disclosure may be made
20  pursuant to this order of the existence and terms of this Court's order.

21  7.  The requested restrictions shall not restrict the use or introduction as evidence of
22  discovery documents containing personal identifying information such as social security numbers,
23  driver's license numbers, dates of birth, and addresses during the trial of this matter.

24  . . .

8. Upon conclusion of this action, defendant's attorney(s) shall return to government counsel or destroy and certify to government counsel the destruction of all discovery documents containing personal identifying information such as social security numbers, driver's license numbers, dates of birth, and addresses within a reasonable time, not to exceed thirty days after the last appeal is final or as otherwise required by counsel's professional responsibility requirements.

9. The defendant shall not be permitted to download onto electronic devices, copy, otherwise duplicate or remove discovery materials, or remove notes taken from discovery from the defendant's attorney's office or permit any other person to do so. The defendant shall only have access to discovery materials while in the presence of the defendant's attorney or his or her agent while at the defendant's attorney's office.

DATED this ___ day of July, 2014.

DANIEL G. BOGDEN
United States Attorney

CHRISTINA M. BROWN
Assistant U.S. Attorney

CHRISTOPHER R. ORAM.

CHRISTOPHER R. ORAM
Attorney for Wayne Sone

**ORDER**

IT IS SO ORDERED this 17th day of July, 2014.

GEORGE FOLEY, JR.
United States Magistrate Judge