RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
DANIEL C. COE
Assistant Federal Public Defender
Nevada State Bar No. 9532
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
dan_coe@fd.org

Attorney for WAYNE SONE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00220-JCM-GWF-1 |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| WAYNE SONE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Frank Coumou, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Daniel C. Coe Assistant Federal Public Defender, counsel for Wayne Sone that the Revocation Hearing currently scheduled on Wednesday, February 7, 2018 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to review and investigate the allegations in the petition.

2. The parties agree to the need for a continuance.

3. Defendant is not detained and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 6th day of February, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON,<br>United States Attorney |
| */s/ Daniel C. Coe*<br>By_____<br>DANIEL C. COE<br>Assistant Federal Public Defender | */s/ Frank Coumou*<br>By_____<br>FRANK COUMOU<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WAYNE SONE,<br><br>　　　　Defendant. | Case No. 2:14-cr-00220-JCM-GWF-1<br><br>**ORDER** |

　　Based on the Stipulation of counsel, the interests of justice and good cause appearing;

　　IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on Wednesday, February 7, 2018 at 10:30 a.m., be vacated and continued to **Wednesday, March 7, 2018 at 10:30 a.m.**

　　DATED February 7, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3