1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   DANIEL C. COE
3  Assistant Federal Public Defender
   Nevada State Bar No. 9532
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6  dan_coe@fd.org

7  Attorney for WAYNE SONE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00220-JCM-GWF-1 |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| WAYNE SONE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Frank Coumou, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Daniel C. Coe Assistant Federal Public Defender, counsel for Wayne Sone that the Revocation Hearing currently scheduled on Wednesday, March 7, 2018 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Since the filing of the previous stipulation, counsel for the defendant has been diligent in reviewing and investigating the allegations in the petition.

2. The parties agree to the need for a continuance.

3. Defendant is not detained, has remained in compliance with his current conditions and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 6th day of March, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON,<br>United States Attorney |
| */s/ Daniel C. Coe*<br>By_____<br>DANIEL C. COE<br>Assistant Federal Public Defender | */s/ Frank Coumou*<br>By_____<br>FRANK COUMOU<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00220-JCM-GWF-1 |
| Plaintiff, | **ORDER** |
| v. | |
| WAYNE SONE, | |
| Defendant. | |

Based on the Stipulation of counsel, the interests of justice and good cause appearing;

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on Wednesday, March 7, 2018 at 10:30 a.m., be vacated and continued **Thursday, June 7, 2018 at 10:00 a.m.**

DATED March 7, 2018.

_____
UNITED STATES DISTRICT JUDGE